PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Mitul Patel                                   Cr.:12-000426-001

Name of New Jersey Judicial Officer: The Honorable Jose L. Linares

Date of Original Sentence: 03/16/11

Original Offense: Passing Counterfeit Obligations or Securities

Original Sentence: Time served (four months and 13 days incarceration); two-year-term of supervised release; $100 special assessment fee; $200 restitution; alcohol and drug testing/treatment; no new debt; financial disclosure; and DNA testing

Type of Supervision: Supervised Release                    Date Supervision Commenced: 06/15/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1        The offender has violated the special condition which states 'You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'

Since successfully completing Outpatient Alcohol Treatment at Open Door in March 2012, and having the SCRAM alcohol monitoring device removed in May 2012, the offender tested above the legal blood alcohol level limit on several occasions.

PROB 12A - Page 2
Mitul Patel

U.S. Probation Officer Action:

The Probation Office recommends presentation of this document to the offender as a formal judicial written reprimand. Our office is requesting an opportunity to work with the offender and monitor his progress as he participates in an inpatient substance abuse program at New Hope.

Respectfully submitted,

Maureen Kelly

By:  Suzanne J. Golda
     U.S. Probation Officer
Date:  10/02/12

*The Court orders the following:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Probation to present this document to the offender as a formal judicial reprimand issued under
    the authority of the Court.

_____
Signature of Judicial Officer

10/3/12
Date